# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| **DAVID D CROSSETT,**<br><br>    **Plaintiff,**<br><br>**v.**<br><br>**LAKEVIEW HOSPITAL,** *et al.*,<br><br>    **Defendants.** | **JUDGMENT IN A CIVIL CASE**<br><br>**Case No. 1:25-CV-61-DAK-CMR**<br><br>**Judge Dale A. Kimball**<br><br>**Magistrate Judge Cecilia M. Romero** |

Based on this court's February 12, 2026 Memorandum Decision and Order and this court's April 14, 2026 Order Dismissing Case for Failure to Prosecute this action is dismissed and judgment is entered in favor of Defendants.

DATED this 14th day of April 2026.

BY THE COURT:

_____
DALE A. KIMBALL
United States District Judge